Circuit Court for Howard County
Case No. 13-C-17-113797
Argued: June 7, 2019

IN THE COURT OF APPEALS

OF MARYLAND

No. 78

September Term, 2018

TIMOTHY HEIDENBERG

v.

CLAUDIA GRIER

Barbera, C.J.
Greene
McDonald
Watts
Hotten
Getty
Booth,

JJ.

PER CURIAM ORDER

Filed: June 11, 2019

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

| | | |
|---|---|---|
| TIMOTHY HEIDENBERG | * | IN THE |
| | * | COURT OF APPEALS |
| v. | * | OF MARYLAND |
| | * | No. 78 |
| CLAUDIA GRIER | * | September Term, 2018 |

## PER CURIAM ORDER

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 11th day of June, 2019,

**ORDERED,** by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted, and it is further,

**ORDERED**, that this case be, and it is hereby, remanded to the Circuit Court for Howard County for further proceedings, if any.

/s/ Mary Ellen Barbera
Chief Judge